LAWRENCE SIMMONS *v.* ROSE SORRENTINO ET AL.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Raphael Korff,* in support of the petition.

Submitted May 14—decided May 26, 1964

CAROLYN C. WILLARD *v.* ZONING BOARD OF APPEALS OF THE TOWN OF HARTFORD

The motion by the plaintiff, in her appeal from the Court of Common Pleas in Hartford County, for an order directing judgment in her favor is denied.

*John B. Willard,* for the appellant (plaintiff).

*Joseph J. Burns,* assistant corporation counsel, for the appellee (defendant).